### COBHAM agt. WELLS

Josiah Cobham Senio[r] plaint. ag[t] John Wells Defend[t] in an action of debt of Five pound ten Shillings in money due for house Rent as shalbee made appeare under the hand of the s[d] Wells & other Evidence w[th] all due damages &c. . . . The Jury . . . found for the plaint. five pounds ten Shillings in money & costs allow[d] Sixteen Shillings & ten pence.

Execution issu[d] July. 31° 1678.

### LONG ag[t] ALFORD

William Long of Boston plaint. ag[t] John Alford Defend[t] in an action of debt of Seventy Seven pounds Seventeen Shillings and nine pence money due by bill bond or Writing under his hand and Seale bearing date. 29th of March. 1678. with all other due damages &c. . . . The Jury . . . found for the plaint. Seventy Seven pounds Seventeen Shillings nine pence money & costs of Court granted thirty two Shillings two pence.

Execution issued. aug° 7° 1678.

### MORTON agt. WEBB

John Morton or his lawfull Attourny plaint. ag[t] Christopher Webb as Agent to Prudence Gatliffe Widdow Def[t] in an action of the case for witholding the Summe of Sixty pounds in money due by bond bearing date the. 22[d] of April: 1678. under the hand of the s[d] Webb, for [516] that hee hath not perform[d] the Award of L[t] Edmund Quinsey and Josiah Chapen according thereunto, with all other due damages &c. . . . The Jury . . . found for the Defend[t] costs of Court.